```
Form 27 - GENERAL PURPOSE
            MAYERSON & ASSOCIATES
            ATTN: MAURICIO BERTON
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
-------------------------------------------------
                                                    Index No. 07 CIV 8786
S.L.AND A.L.ON BEHALF OF A.L.           plaintiff
                                                    Date Filed  . . . . . . . . . . . .
              - against -
                                                    Office No.
NEW YORK CITY DEPARTMENT OF             defendant
EDUCATION                                           Court Date:   /  /
-------------------------------------------------
       STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

JOEL GOLUB      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
       That on the  16th  day of October, 2007     at  02:45 PM.,                at
    %MICHAEL A.CARDOZO, ESQ.CORP.COUNSEL
    100 CHURCH ST,4TH FL.NEW YORK, NY 10007
I served a true copy of the
    SUMMONS AND COMPLAINT
    JUDGES RULES

upon NEW YORK CITY DEPARTMENT OF EDUCATION
the DEFENDANT therein named,
by delivering to, and leaving personally with
    TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT.

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
       SEX: FEMALE          COLOR: BLACK         HAIR: BLACK
       APP. AGE: 25         APP. HT: 5:6         APP. WT: 115

OTHER IDENTIFYING FEATURES:


Sworn to before me this
16th  day of  October, 2007g



KENNETH WISSNER                          JOEL GOLUB  701893
Notary Public, State of New York         AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 03/30/2010            Reference No: 7MA775944
```

Judge Pauley

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

S.L. and A.L., on behalf of A.L.
Plaintiff

V.

New York City Department of Education
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 8786

TO: (Name and address of defendant)

MICHAEL A. CARDOZO, ESQ.
CITY OF NEW YORK LAW DEPARTMENT
100 CHURCH STREET - 4TH FLOOR
NEW YORK - NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates
Attn: Gary S. Mayerson
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

OCT 11 2007

DATE