
JAN 0 ? 2008



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08
```

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ABIGAIL GOLDENBERG**
phone: 212-788-1275
fax: 212-788-0940
email: abgolden@law.nyc.gov

**MEMO ENDORSED**       January 4, 2008

**BY HAND**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

Re: S.L. and A.L., on behalf of A.L. v. New York City Dept. of Education
07 Civ. 8786 (WHP)

Dear Judge Pauley:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo. I write on behalf of defendant Department of Education ("DOE") to respectfully request a 30 day extension of time for the DOE to respond to the complaint in the above captioned matter, from January 4, 2008 until February 4, 2008. This is the third request for an extension of time in this matter. Plaintiffs consent to this request.

The sole issue presented in this action is plaintiffs' request for attorney's fees, which plaintiffs allege they are entitled to on the grounds that they substantially prevailed at an administrative hearing relating to the educational placement of their child, A.L. In an effort to avoid protracted litigation, and to conserve judicial resources, on October 31, 2007, defendant requested that plaintiff provide a settlement demand, and send the underlying billing records that support such demand. Plaintiffs provided the underlying billing records on December 11, 2007. The DOE has now begun the process of reviewing those records in an effort to calculate a settlement offer and obtain authority to discuss settlement. It is anticipated that the DOE will be able to provide plaintiff with a settlement offer shortly, and the requested extension of time will allow the parties to attempt to settle this matter.

*Application granted.*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

1/7/08

      Accordingly, defendant respectfully requests the Court extend its time to respond to the complaint until February 4, 2008. Thank you for your consideration of this request.

      Respectfully,

      *[signature]*

      Abigail Goldenberg (AG 4378)
      Assistant Corporation Counsel

cc:   By Fax
      Mayerson & Associates
      Attn: Gary S. Mayerson
      330 West 38th Street, Suite 600
      New York, New York 10580