


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

THE CITY OF NEW YORK

MICHAEL A. CARDOZO
*Corporation Counsel*

LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ABIGAIL GOLDENBERG
phone: 212-788-1275
fax: 212-788-0940
email: abgolden@law.nyc.gov

**MEMO ENDORSED**

January 9, 2008

**BY HAND**

Hon. William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

JAN 10 2008

Re: S.L. and A.L., on behalf of A.L. v. New York City Dept. of Education
07 Civ. 8786 (WHP)

Dear Judge Pauley:

      I am one of the Assistant Corporation Counsel assigned to defend the Department of Education ("DOE") in the above captioned matter. I write to respectfully request an adjournment of the pretrial conference currently scheduled for January 11, 2008, at 10 AM. This is the first request to adjourn the pretrial conference in this matter. Plaintiffs consent to this request.

      As the Court may recall, by order dated January 7, 2008, defendant's time to respond to the complaint was extended until February 4, 2008. Defendant now requests a concomitant adjournment of the pretrial conference until after such time as defendant has responded to the complaint. As set forth in defendant's previous request for an extension of time, the sole issue presented in this action is Plaintiffs' request for attorney's fees. The parties are now currently attempting to resolve this matter without further litigation. On or about December 11, 2007, plaintiffs provided this office with their billing records. This office is now in the process of reviewing such records, and anticipates that defendant will make a settlement offer shortly.

      If the parties are unable to settle the action, defendant will submit its response to the complaint, and proceed in litigating this matter. However, to the extent that defendant is hopeful that the parties will settle, the requested adjournment may conserve both the Court's, and the parties' resources.

      Accordingly, defendant respectfully requests that the Court adjourn the conference scheduled for January 11, 2008, at 10 AM until after defendant has responded to the complaint. Thank you for your consideration of this request.

      Respectfully,

*[signature]*

Abigail Goldenberg (AG 4378)
Assistant Corporation Counsel

cc:    By Fax
      Mayerson & Associates
      Attn: Gary S. Mayerson
      330 West 38th Street, Suite 600
      New York, New York 10580

*Application granted.*

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
1/11/08

*The pre-trial conference is adjourned to February 15, 2008 at 10:45 a.m.*