```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

S.L. AND A.L., ON BEHALF OF A.L.,              :

                Plaintiffs,             :

    -against-                                  :

NEW YORK CITY DEPARTMENT                       :
OF EDUCATION,
                                               :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 8786 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: February 21, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Gary S. Mayerson, Esq.
Mayerson & Associates
330 West 38th Street
Suite 600
New York, NY 10018
*Counsel for Plaintiffs*


Abigail Goldenberg, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendant*